SLATER, Appellant, v. GRANNEMANN, Respondent. (Supreme Court, Appellate Division, Third Department. January 15, 1908.) Action by John F. Slater against Louise Grannemann, personally and as administratrix of the estate of Christian Grannemann, deceased. No opinion. Order affirmed, with $10 costs and

disbursements, upon the ground that the judgment is one of nonsuit, and not upon the merits.